May Term,
1859.

WEBB
v.
THORPE.

Monday,
June 13.

---

WEBB v. THORPE and Another.

Monday,
June 13.

APPEAL from the *Decatur* Court of Common Pleas.

*Per Curiam.*—This suit originated before a justice of the peace, where the plaintiff had judgment for 10 dollars. The defendant appealed to the Common Pleas, where, on his motion, the cause was dismissed. The plaintiff appeals to this Court. This Court has no jurisdiction of the

May Term,
1859.

SHEARER
v.
THE EVANS-
VILLE, &c.,
RAILRO'D Co.

case. 2 R. S. p. 158, § 550.—*Bogart* v. *The City of New Albany*, 1 Ind. R. 38.

The appeal is dismissed with costs.

*J. Gavin* and *O. B. Hord*, for the appellant.

*J. S. Scobey* and *W. Cumback*, for the appellees.